UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMASO HERNANDEZ,

                Plaintiff(s)                                  15 civ 6000 (JGK)

       -against-                                ORDER OF DISCONTINUANCE

PRUDENT MANAGEMENT LLC,

                Defendant(s).
------------------------------------------------------------X

It having been reported to this Court that the parties have settled this action, It is,

on this **24th** day of **June**, 2016, hereby ordered that this matter be discontinued with prejudice but

without costs; provided, however, that within **30** days of the date of this order, counsel for the

plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in

which event the action will be restored. *The Court finds that the Settlement Agreement, including the provision for attorneys' fees is fair and reasonable.* **Any application to reopen must be filed within thirty (30) days of this order; any**

**application to reopen filed thereafter may be denied solely on that basis.** Further, if the

parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement

agreement, they **must** submit the settlement agreement to the Court within the same thirty-day

period to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not

retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of

Court is directed to close this case.

SO ORDERED.

                                                                         JOHN G. KOELTL
                                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        June 24, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED 6/27/16